# MANDATE

2005 JUN 13 P 2: 28

U.S.

D. Conn.
02-cr-250
Thompson, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the          day of            two thousand and five,

Present:

    Hon. José A. Cabranes,
    Hon. Reena Raggi,
        *Circuit Judges*,
    Hon. Leonard B. Sand,*
        *District Judge.*



United States of America,

        Appellee,

v.

Herbert Lowery, et al.,

        Defendants-Appellants.

No. 03-1697-cr (L.)
No. 04-0422-cr (Con.)
No. 04-3923-cr (Con.)

    Defendant-Appellant Herbert Lowery moves, with the Government's consent, to remand the case to the district court in order to allow that court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and the case docketed in this Court under No. 04-3923-cr is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

The mandate shall issue forthwith.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: Lucille Carr

MANDATE ISSUED: 5-31-05

---

\* The Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, sitting by designation.