

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : CASE NO: 0:02CR000250 (AWT) |
|---|---|
| VS. | : |
| HERBERT LOWERY. | : JUNE 7, 2006 |

### DEFENDANT'S MOTION TO FILE BRIEF OUT OF TIME

Defendant, Herbert Lowery, respectfully moves this Court for permission to file its Memorandum in Support of Resentencing, submitted herewith, out of time set forth in the Court's Order dated May 5, 2006. This is defendant's first motion for extension of time and first motion to file brief out of time regarding Defendant's Memorandum in Support of Resentencing. In support of this motion, the defendant states as follows:

1. On May 5, 2006, this Court issued its Order informing Defendant that, pursuant to the defendant's appeal, the Court of Appeals remanded the case for further proceedings in conformity with United States v. Crosby, 397 F.3d 105 (2d Cir. 2005) and that "accordingly, by no later than June 1, 2006, the defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence."

2. The defendant is currently incarcerated out of state in a federal corrections facility, making communication between defendant and counsel difficult and inconsistent.

3. As a result, counsel and defendant had been unable to formulate a response to the Court's May 5, 2006 Order on or before June 1, 2006.

*[Handwritten order:]* ...nunc pro tunc, ...including June 7, 2006 it is ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    6/9/06

4.  Accordingly, good cause exists for the granting of this Motion for Permission to File Brief out of Time. Defendant's Memorandum in Support of Resentencing is being submitted with this Motion.

**WHEREFORE**, Mr. Lowery respectfully requests that the Court grant him permission to file the attached Memorandum in Support of Resentencing out of time.

> DEFENDANT,
> HERBERT LOWERY
>
> By _____
> Jason S. Weathers (ct#24579)
> Day, Berry & Howard LLP
> CityPlace I
> Hartford, CT 06103-3499
> Tel: (860) 275-0100
> Fax: (860) 275-0343
> jsweathers@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Gordon Hall, Esq.
Assistant United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510

_____
Jason S. Weathers

-2-