UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :    NO. 3:02CR250 (AWT)
                               :
                               :
v.                             :
                               :
HERBERT LOWERY                 :    JUNE 15, 2006


                  RESPONSE TO SENTENCING MEMORANDUM

    In a memorandum dated June 7, 2006, the defendant requests the Court to impose a non-trivially different (lower) sentence from the sentence of 78 months originally imposed by the Court. Essentially, the defendant implies that there was something inappropriate in the attribution to the defendant of 20 to 35 grams of cocaine base; restates the criminal history overstatement argument he made at the original sentencing; and urges the Court to take into account personal factors which were not subject to consideration under the Guidelines.

    It is the view of the Government that the sentence originally imposed by the Court was entirely appropriate, not only under the Guidelines, but under 18 U.S.C. 3553, in light of the defendant's history, his offense conduct, relevant personal factors, and the bases for sentencing outlined in the statute. Accordingly, the Government urges the Court to leave the defendant's original sentence undisturbed.

    In this connection, several observations must be made. First, to the extent it remains relevant, the quantity

attribution employed by the Court in calculating the defendant's Guidelines was reasonable and was agreed to by the defendant, although this last is not readily apparent from the defendant's recent submission. Second, the defendant's personal history, family circumstances and background, although unfortunate, are in no way such as should cause the Court to revisit its sentencing decision. A sentence of 78 months for this defendant, having purchased and sold crack cocaine as he did, having engaged law enforcement in an extremely dangerous, mid-day, high-speed chase through the crowded streets – and sidewalks – of New Haven, and having entered pleas of guilty on the day of jury selection, is not only reasonable, but necessary in light of the factors the Court is required to consider in fashioning a sentence, with or without the Guidelines.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
P.O. Box 1824
New Haven, CT 06508
(203) 821-3700
Federal Bar No. CT05153

## CERTIFICATION

This is to certify that a copy of the within and foregoing was mailed, postage pre-paid, on June 15, 2006 to:

Jason S. Weathers, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

H. Gordon Hall
Assistant U.S. Attorney