UNITED STATES DISTRICT COURT
IN AND FOR DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA,    :

                        :

      vs                 :                  3:02-CR250(AWT

                        :                  JUDGE THOMPSON

HERBERT T. LOWERY,       :

                        :

            Defendant,  :

                        :


## MOTION FOR REDUCTION OF SENTENCE PURUSANT TO 18 USC § 3582(c)(2)


On May 1, 2007 United States Sentencing Guideline (U.S.S.G.) proposed an amendment to the Federal Sentencing Commission, that if enacted will reduce the base offense level for "crack cocaine" offender by two level's in shorting their sentences.

The Sentencing Commission to make Amendemnt 9 retroactive applicable to those who were sentence before or after November 1, 2007.


1.   Defendant comes, before this Honorable Court seeking an reduction of his prison sentenced to Title 18 § USC 3582(c)(2), defendant asks this court to give rertoactivetly effect to **Amendment 9** under (U.S.S.G.) § 1B1.10(c) and reduce defendant current sentence of Seventy Eight (78) months to his **amended sentence of Sixty Three (63) months** given the lower end of the guidelines.

2.   Defendant which for this court to consider Booker before his resentencing which made sentencing guidelines **advisory,** applies to resentencing proceeding brought under the statute authorizing to modify a sentence base on subsequent lowering guideline range, the newly calculated guideline range is **advisory,** Booker made clear that the guideline were no longer **mandatory** in any context, 18 USc § 3582(c)(2).


1

3.    Section § 3582(c)(2) gives district court discretion to reduce a sentence whenever a guideline range has been subsequent lowered by the Sentencing Commission, since Booker has struct down all the mandatory guidelines application of the guidelines all the guidelines range has "subsequently lowered" by virtue of Booker decision, Section § 3553(b) requirement that the judge only consider "the sentencing guideline policy statement and the official commentary of the Sentencing Commission" Section § 3582(c)(2) allows defendant to used Booker, to impose an sentence lower without regard to the **"now advisory"** guidelines range.

4.    Defendant is citing U.S. vs Hicks, 471 F. 3d 1167 (9th Cir. 2007), Hicks did argue that he deserves a § 3582(c)(2) resentencing because of Booker, his entitlement was base on that district court considers his sentence purusant to 18 USc § 3582(c)(2), a proceeding that occured because theSentencing Commission lowered § 2D1.1(c) two points on November 1, 2007, Hicks, also cited, U.S.vs Ono, 115, F.3d 606-609, (9th Cir. 1995) "which stated the purpose of § 3582(c)(2) motion is resentencing." And the court did state **it was bound by the guidelines,** at defendant orginal sentencing.

    WHEREFORE, defendant respectfully request that this Honrable Court GRANT defendant Motion for Reduction of Sentence, and consider Booker before resentencing defendant to the prescribe sentenced that went into effect on November 1, 2007, Sentencing Commission   lowering crack cocaine offense two points.

                                        Respectfully submitted

                                        _____
                                        Herbert Lowery 15152-014

                                        FCI Elkton
                                        P.O. Box 10
                                        Lisbon, Ohio 44432

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been mail this 5th day of November, 2007, by placing a copy of same in prisoner legal-mail box, at FCI Elkton, Ohio for delivery to United States Post Office, with proper postage and addressing attached thereto.

TO: Department of Justice
    U.S. Attorney Office
    450 Main Street
    Hartford, CT 06103

                                        _____
                                                Herbert Lowery