UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:02CR25 (AWT) |
| : | |
| HERBERT T. LOWERY : | NOVEMBER 21, 2007 |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S PRO SE
MOTION FOR MODIFICATION OF SENTENCE**

By pro se motion filed November 13, 2007, the defendant moves for a modification of his sentence pursuant to 18 U.S.C. § 3582(c). In particular, he seeks to be re-sentenced based upon a change to the crack cocaine guidelines which became effective on November 1, 2007. The motion should be denied without prejudice.

18 U.S.C. § 3582(c)(2) provides that, in the case of a defendant "who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant," the sentencing court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

In turn, Section 1B1.10(a) of the Sentencing Guidelines provides that:

> Where a defendant is serving a term of imprisonment and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, a reduction of the defendant's term of imprisonment is authorized under 18 U.S.C. § 3582(c)(2). If none of the amendments listed in subsection (c) is applicable, a reduction in the defendant's term of imprisonment under 18 U.S.C. § 3582(c) is

not consistent with this policy statement and thus is not authorized.

The Amendment to the Guidelines which reduces by two levels the offense level for crack cocaine under the Drug Quantity Table, Section 2D1.1(c), and upon which the defendant relies, is Amendment 706. See U.S.S.G. Supplement at 226-227 (Nov. 1, 2007). Amendment 706 is not one of the Amendments listed in Section 1B1.10(c). Accordingly, a reduction in Graham's sentence based on the November 1, 2007 revision to the crack guidelines is not authorized.

Accordingly, the Government respectfully requests that the Court deny Graham's motion without prejudice.[1]

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        H. GORDON HALL
                                        ASSISTANT U.S. ATTORNEY
                                        157 CHURCH STREET
                                        NEW HAVEN, CT 06510
                                        (203) 821-3700
                                        FEDERAL BAR No. ct15053
                                        Gordon.hall@usdoj.gov

---

[1] The United States Sentencing Commission has requested public comment as to whether Amendment 706 should be listed in U.S.S.G. § 1B1.10(c), that is, applied retroactively. See 72 Fed. Reg. 41794-02, 2007 WL 2175807 (Jul. 31, 2007). Without conceding its applicability here, should the Commission decide to authorize the retroactive application of Amendment 706, the defendant could seek to avail himself of relief at that time pursuant to Section 3582(c)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2007, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to:

Herbert T. Lowery
No. 15152-014
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY